UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>SPHINX RANCH, LLC,<br><br>        Defendant. | 1:22-cv-08378 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court's Order dated October 6, 2022 required the parties to meet and confer and, by January 13, 2023, file a joint letter stating whether the parties have reached a settlement. If the parties did not reach a settlement, they were required to, by January 13, 2023, file a joint letter requesting that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference. *See* ECF No. 5. The parties have not filed such a submission.

  Accordingly, the parties shall comply with ECF No. 5 and file a submission as requested by ECF No. 5 no later than **February 1, 2023**.

Dated: January 26, 2023
    New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge